IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALEX R. WHALEY,

        Appellant,

 v.

Case No. 5D22-1832
LT Case No. 2000-CF-0476

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed November 1, 2022

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Alex R. Whaley, South Bay, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.